Louis JIMERSON, Appellant,

v.

Mark HENSLEY, Collector of Revenue; Doug Friend, City Manager, City of Sikeston; Scott County; City of Sikeston, Appellees.

No. 03–3067.

United States Court of Appeals, Eighth Circuit.

Submitted June 4, 2004.

Decided June 28, 2004.

Louis Jimerson, El Reno, OK, pro se.

Robert J. Isaacson, Toft & Dorothy, St. Louis, MO, Richard G. Steele, Bradshaw & Steele, Cape Girardeau, MO, for Defendants–Appellees.

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

Louis Jimerson appeals the district court's [1] dismissal without prejudice of his 42 U.S.C. § 1983 action arising out of the assessment of taxes on his property. Af-

1. The Honorable Thomas C. Mummert, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

ter carefully reviewing the record, we affirm. *See* 8th Cir. R. 47B.

